# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

10-3281

Becky Baughman v. US Liability Ins Co

1-08-cv-02901

# O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), with prejudice and without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated:  November 8, 2010

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.